

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00478-CR

Devante Montreal **PARKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0348
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on September 26, 2019. On September 30, 2019, this court notified appellant's attorney that the brief was late. On October 9, 2019, appellant filed a motion requesting an extension of time to file the brief, which was granted, extending the deadline for filing the brief to October 25, 2019.

On November 1, 2019, appellant's attorney was again notified the brief was not timely filed. On November 5, 2019, appellant's attorney again requested an extension of time to file the brief. We granted the request for an extension, set the due date for appellant's brief as November 25, 2019, and advised that no further extensions of time would be allowed.

Despite our November 15, 2019 order warning that no further extensions would be granted, appellant's attorney again requests an extension of time in which to file his brief. Appellant's request for an extension of time in which to file his brief is GRANTED in part.

We ORDER appellant's attorney to file appellant's brief on or before December 27, 2019. **If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney.** *Id*. **38.8(b)(4).**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court